FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y:

★ JUN 2 5 2007 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and
TRAINING FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL
14-14B, AFL-CIO, by its TRUSTEES EDWIN
L. CHRISTIAN, et al.,

                          Plaintiffs,

    -against-

DRAMA CONSTRUCTION CORP.,

                          Defendant.
-------------------------------------------------------------------X

JUDGMENT
06-CV- 6148 (SJ)

      An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 22, 2007, adopting and affirming the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated February 26, 2007; granting plaintiffs' request for injunctive relief compelling defendant to submit to an audit of its financial records so that plaintiffs may ascertain the amount, if any, of unpaid contributions due and owing for the period beginning on July 1, 2003, and continuing to the present; (2) awarding $495.00 in costs; and (3) permitting plaintiffs, upon completion of the audit and upon submission of evidentiary support, to petition the Court for an amended judgment to reflect specific amounts for damages and attorney's fees; it is

JUDGMENT
06-CV- 6148 (SJ)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted and affirmed in its entirety; and that judgment is hereby entered in favor of plaintiffs, The Annuity, Pension, Welfare and Training Funds of the International Union of Operating Engineers, Local 14-14B, AFL-CIO, by its Trustees Edwin L. Christian, et al., and against defendant, Drama Construction Corp., (1) granting plaintiffs' request for injunctive relief compelling defendant to submit to an audit of its financial records so that plaintiffs may ascertain the amount, if any, of unpaid contributions due and owing for the period beginning on July 1, 2003, and continuing to the present, (2) awarding $495.00 n costs, and (3) permitting plaintiffs, upon completion of the audit and upon submission of evidentiary support, to petition the Court for an amended judgment to reflect specific amounts for damages and attorney's fees.

Dated: Brooklyn, New York
June 22, 2007

/s/ RCH
ROBERT C. HEINEMANN
Clerk of Court